LILLIAN SCHWED et al., Respondents, v. JOHN F. PARKS et al., Defendants. JOSEPH J. EINHORN, Appellant; REIBSTEIN & GARIL, Respondents.—

It appears that upon the argument of the motion the retiring or discharged attorney requested a lien for a percentage fee to be fixed by the Special Term immediately without awaiting the outcome of the action, and asked that he be immediately reimbursed for his disbursements. The percentage fee of a retiring or discharged attorney is normally fixed after the recovery. However, when at his request it is fixed at the time of substitution, his subsequent objection upon the ground that the determination was premature will be disregarded. It is customary in negligence cases for disbursements to be repaid out of the proceeds of the recovery (*Matter of Weiss* [*Tullman*], 196 N. Y. S. 2d 255, 261, revd. on other grounds 11 A D 2d 63). Beldock, Acting P. J., Klenfeld, Christ, Pette and Brennan, JJ., concur.

NICOLA MANENTE, Respondent, v. SORECON CORPORATION, Appellant, et al., Defendant.—

The second amended answer shall be served within five days after entry of the order hereon. The service of such answer shall not affect the position of the case on the Trial Calendar. The defense sought to be raised by the second amended answer is one which arose since the service of the present amended answer. There is no claim that the proposed amendment would prejudice the plaintiff in any way. Under the circumstances, the moving party should have been granted leave to serve such second amended answer. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

HILDA S. ORLANDO, Appellant, v. FRANK ORLANDO, Respondent.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.